Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| DAWN MARIE LIEBER | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 1:22-cv-00090-EAW |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the final decision of the Commissioner is Reversed, and the action is Remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

Date: September 9, 2022                           MARY C. LOEWENGUTH
                                                  CLERK OF COURT

                                                  By: s/Tatiana
                                                      Deputy Clerk